**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| United States of America, | * | Case No. 3:26 cr 52 |
|  | * |  |
|  | * |  |
| Plaintiff, | * | Judge Jeffrey J. Helmick |
|  | * |  |
| vs. | * |  |
|  | * |  |
| Shannon Mathre, | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |
|  | * |  |

---

### DEFENDANT'S MOTION TO DEEM THIS CASE AS COMPLEX AND EXTENDED

---

The Defendant, Shannon Mathre, by and through counsel, Neil S. McElroy, moves this Court for an order determining that this case is complex and the representation will be extended. This request is based on the nature and circumstances of the offense charged in count one of the indictment, the nature and circumstances of the defendant and his mental health history, and the need for a variety of expert services as part of the representation. Additionally, the defendant's variety of mental health issues requires more conferences and visits with counsel than would a typical defendant.

Respectfully submitted,

/s/ Neil S. McElroy
NEIL S. McELROY (0077087)

Neil S. McElroy
1119 Adams Street, 2ND Floor
Toledo, Ohio 43604
(419) 243-3800
Fax: (419) 243-4046

## CERTIFICATION

This is to certify that the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's ECF system.

/s/ Neil S. McElroy