IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                                          Case No. 3:26-cr-52

               Plaintiff,

    v.                                                                   ORDER

Shannon Mathre,

               Defendant.

A pretrial conference was held on July 7, 2026.  The Court finds that the defendant shall be evaluated as to whether the defendant is competent to stand trial pursuant to 18 U.S.C. § 4241.  The evaluation shall indicate if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rending him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is ordered that under the provisions of Title 18 U.S.C. § 4241(b) that:

1. Defendant to be remanded by the U.S. Marshal to the custody of the Attorney General to perform a mental competency examination pursuant to 18 U.S.C. § 4241(a). The U.S. Marshal is ordered to expeditiously transport Mr. Mathre to the facility designated by the Bureau of Prisons, where he shall remain detained for the duration of his mental competency examination. A copy of the report prepared pertaining to Defendant's

mental competency shall be provided by the Bureau of Prisons to the Court, to Assistant United States Attorney Frank Spryszak, Ste. 308, Four Seagate, Toledo, Ohio 43604 and to Attorney Neil S. McElroy, 1119 Adams Street, Toledo, Ohio 43604, as soon as practicable;

2. the report shall express the opinion of the examiner as to whether the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him, or to assist properly in his defense; and, if Defendant is not deemed competent to stand trial, what is the prognosis for restoration;

3. the cost of this examination shall be paid by the Department of Justice;

4. the Attorney General's Office shall within 30 days after the Defendant has arrived at the assigned facility provide the Court with a status update or report. Subsequent reports shall be sent to the Court 30 days thereafter, or sooner, as warranted by the treatment professionals at the institution; and,

5. Once the mental competency examination is completed, the United States Marshal Service shall expeditiously return the Defendant to this District for a hearing as provided in 18 U.S.C. § 4241(c).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge